# ELECTRONIC RECORD

COA # 02-12-00246-CR          OFFENSE: 22.021

STYLE: Bobby Fitzgerald Lewis v. The State of Texas          COUNTY: Wichita

COA DISPOSITION: AFFIRM          TRIAL COURT: 30th District Court

DATE: 02/06/14          Publish: NO    TC CASE #: 49,760-A

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Bobby Fitzgerald Lewis v. The State of Texas

CCA #: 307-14

_APPELLANT'S_ Petition

CCA Disposition: _DISMISS IMPROV_

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _4-15-15_

_Granted_ _No argument permitted_

JUDGE: _P.C._

DATE: _Sept. 17, 2014_

SIGNED: _____          PC: _✓_

JUDGE: _PC_

PUBLISH: _____          DNP: _✓_

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**